UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RAYNALDO SAMPY** | **DOCKET NO. 6:23-cv-00747**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **MAVERICK MORVANT, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and considering Plaintiff's Response;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims against Jennifer Ardoin and the Lafayette Consolidated Government be **DENIED** and **DISMISSED.**

**THUS DONE AND SIGNED** in chambers this 18th day of December, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE