UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RAYNALDO SAMPY** | **DOCKET NO. 6:23-cv-00747** |
| | **SECTION P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **MAVERICK MORVANT, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's Motion for Summary Judgment (doc. 21) be DENIED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the defendants' Motion for Summary Judgment (doc. 37) be GRANTED in part and DENIED in part.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's Motion to Withdraw Portions of Objection (doc. 71) is GRANTED.

**THUS DONE AND SIGNED** in chambers this 10th day of March, 2025.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**