UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RAYNALDO SAMPY** | **DOCKET NO. 23-cv-747**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **MAVERICK MORVANT, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objection to the Report and Recommendation in the record and the Court's Ruling on Objection;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's Motion for Summary Judgment [ECF No. 79] be **DENIED** and the defendant's Motion for Summary Judgment [ECF No. 74] be **GRANTED** and the sole remaining claim for False Arrest be **DISMISSED WITH PREJUDICE**. As all other claims against all defendants were previously dismissed, this case is now dismissed in its entirety.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all other pending motions be **DENIED.**

**THUS DONE AND SIGNED** in chambers this 14th day of August, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE